**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Vasile Bote, d/b/a BAS Apiary, | ) | |
| | ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, | ) | **STATUS CONFERENCE** |
| | ) | |
| v. | ) | |
| | ) | |
| Scott Keene, d/b/a Mountain Honey Farms, | ) | |
| | ) | Case No. 1:25-cv-00284 |
| Defendant. | ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on July 20, 2026, at 10:00 AM before the

magistrate judge by telephone.  To participate in the conference, the parties shall call (571) 353-

2301 and enter "Call ID" 292466149.  The conference may be recorded for the convenience of the

court.

Dated this 19th day of March, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court