**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Vasile Bote, dba BAS Apiary,<br><br>Plaintiff,<br><br>vs.<br><br>Scott Keene, dba Mountain Honey Farms,<br><br>Defendant. | ) | **ORDER**<br><br>Case No. 1:25-cv-284 |

---

On October 27, 2026, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. (Doc. No. 36). The court **ADOPTS** the parties' stipulation (Doc. No. 36) and **AMENDS** the pretrial deadlines as follows:

(1) The deadline for the parties to complete all fact discovery, with all discovery pursuant to Rules 33, 34, and 36 to be served a minimum of thirty-three (33) days prior to the deadline, shall be January 29, 2027.

(2) The deadline for discovery motions shall be February 12, 2027.

(3) The deadline for Plaintiff to provide the names of expert witnesses and complete expert witness reports shall be February 26, 2027.

(4) The deadline for Defendant to provide the names of expert witnesses and complete expert witness reports shall be March 26, 2027.

(5) The deadline for any rebuttal expert reports shall be April 16, 2027.

(6) The deadline to complete discovery depositions of expert witnesses shall be May 7, 2027.

(7) The deadline for the parties to file dispositive motions shall be May 14, 2027.

To ensure there is sufficient time for the briefing and consideration of any dispositive motions that may be filed by the parties, the court shall on its own motion continue the final pretrial conference and jury trial in this matter. According, the final pretrial conference on August 2, 2027, shall be rescheduled for November 16, 2027, at 9:00 AM by telephone.. To participate, the parties shall call (571) 353-2301 and enter access code 292466149 followed by # when prompted to enter the "Call ID." The jury trial on August 23, 2027, shall be rescheduled for November 29, 2027, at 9:00 AM in Bismarck (courtroom 2) before Judge Hovland. A three (3) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court